JS-6

**MUSICK, PEELER & GARRETT LLP**
ATTORNEYS AT LAW
650 TOWN CENTER DRIVE, SUITE 1200
COSTA MESA, CALIFORNIA 92626-1925
TELEPHONE: 714-668-2447
FACSIMILE 714-668-2490

Donald E. Bradley (State Bar No. 145037)
  d.bradley@mpglaw.com

Attorneys for Defendant TRANS UNION LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKAYEL MNATSAKANYAN, an individual,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>TRANSUNION, a Delaware Corporation,<br><br>　　　　　Defendant. | Case No. CV 12-00717 MWF (RZx)<br><br>Hon. Michael W. Fitzgerald, Crtrm. 1600<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE** |

　　　Plaintiff Mikayel Mnatsakanyan has announced to the Court that all matters in controversy against Trans Union LLC have been resolved. A Stipulation to Dismiss Entire Action Without Prejudice has been signed and filed with the Court. Having considered the Stipulation to Dismiss, the Court makes and delivers the following ruling:

826628.1

ORDER OF DISMISSAL WITHOUT PREJUDICE

1   IT IS ORDERED that the claims and causes of action asserted herein by
2   Plaintiff Mikayel Mnatsakanyan against Defendant Trans Union LLC (incorrectly
3   sued as "Transunion") are in all respects dismissed without prejudice, with court
4   costs to be paid by the party incurring same.
5   DATED this 30th day of December, 2012.

6
7   _____
8   Honorable Michael W. Fitzgerald
    UNITED STATES DISTRICT JUDGE

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**MUSICK, PEELER & GARRETT LLP**

ATTORNEYS AT LAW

826628.1

2

ORDER OF DISMISSAL WITHOUT PREJUDICE